**Order entered October 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00600-CR

**PHILLIP MICHAEL CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83865-2018**

### ORDER

The appellate record was due July 23, 2022. By postcard dated July 27, 2022, we notified official court reporter Janet L. Dugger that the reporter's record was overdue and directed her to file within thirty days either (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Dugger regarding the record other than the filing of a short record involving a

hearing held on September 1, 2022. The record before the Court does not show appellant has been determined to be indigent.

We **ORDER** official court reporter Janet L. Dugger to file, by **November 21, 2022**, either (1) the reporter's record; (2) written verification that no hearings were recorded; (3) written verification that appellant has not requested the reporter's record; or (4) written verification that appellant has requested, but has not paid for, or arranged to pay for, the reporter's record.

If Ms. Dugger fails to comply with this order, the Court may abate this case to the trial court for a hearing on the status of the reporter's record.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to Janet L. Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE